Case 1:04-cv-01554-PLF-JMF Document 30 Filed 09/27/2007 Page 1 of

FILED
APR 10 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEN POURBABAI,

Plaintiff,

v.

NORMAN MINETA, Secretary of U.S. Department of Transportation

Defendant.

Civil Action No. 04-1554 (PLF)

08-262 C

ORDER

Defendant's motion to dismiss [20] was referred to Magistrate Judge John M. Facciola for a Report and Recommendation pursuant to Local Civil Rule 72. Magistrate Judge Facciola filed a Report and Recommendation on September 7, 2007. No objections were timely filed. See LCvR 72.3(b) (providing that "[a]ny party may file written objections . . . within ten days" and that "[f]ailure to file timely objections may waive appellate review of a District Court order adopting the magistrate judge's report."). Upon consideration of the Report and Recommendation and the entire record herein, it is hereby

ORDERED that the Court ADOPTS and APPROVES the Report and Recommendation of Judge Facciola; it is

FURTHER ORDERED that defendant's motion to dismiss [20] is granted in part and denied in part without prejudice; it is

FURTHER ORDERED that Count I of plaintiff's Complaint is transferred to the United States Court of Federal Claims; it is

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 9.27.07
NANCY MAYER-WHITTINGTON, CLERK
By: T. Davis

FURTHER ORDERED that Counts VI, VII and VIII are dismissed for the reasons explained in Magistrate Judge Facciola's Report and Recommendation; and it is

FURTHER ORDERED that with respect to plaintiff's claims under Title VII of the Civil Rights Act – Counts II, III, IV, and V – this matter is referred to Magistrate Judge Facciola for a further Report and Recommendation, following supplemental briefing if he orders it. The Court concludes that there should be further exploration with respect to whether or not the Court has jurisdiction over the Title VII claims, or whether they should be dismissed.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: September 27, 2007