# In the United States Court of Federal Claims

## NOTICE

**BEN POURBABAI**

**No. 08-262 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., April 10, 2008**

To Attorney of Record, Assistant Attorney General and Judge WIESE:

Please take notice that in the above case, there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the District of Columbia, Case No. 04-1554 (PLF), consisting of one folder.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

John S. Buckley

ACTING CLERK OF COURT