**From:** Ben Pourbabai [ben@pourbabai.com]
**Sent:** Thursday, May 29, 2008 2:16 PM
**To:** Silverbrand, David (CIV)
**Subject:** Re: Pourbabai v. United States, No. 08-262 (Cl. Ct.)
Mr. Silverbrand:

Mr. Douglass seems to have withdrawn from representing me. Would you please either contact me at 703-759-1981 or let me know when can I call you.

Ben Pourbabai

--------------------------------------------------------