From: Ben Pourbabai [ben@pourbabai.com]
Sent: Friday, May 30, 2008 10:51 AM
To: Silverbrand, David (CIV)
Subject: Re: Pourbabai v. United States, No. 08-262 (Cl. Ct.)

Dear Mr. Silverbrand:

My lawyer, Mr. Douglas has indicated that he is not representing me in US Court of Federal Claims..

Today I called that court, and I was told that Mr. Douglass' motion to withdraw representing me has not arrived there.

As you know I do not have a financial claim against the US Government as it pertains to the settlement agreement. That is, I have repeatedly called the agreement violated across the board and void, and since 2001, I have requested all my EEO complaints to be reinstated. That is, US Court of Federal Claims might not have even jurisdiction over my pending EEO complaints, and at the end, the case might be sent to a relevant court, accordingly.

Furthermore, Mr. Douglas might have informed you, I am unavailable from June 5 to July 25, 2008.

Therefore, I would like to ask you, (if you are allowed to communicate with me), whether you would be willing to delay a conference call with me until the US District Court for DC has concluded its position regarding me pending complaint?

Looking forward to hearing from you.

Ben Pourbabai

703-759-1981
202-378-0016