# In the United States Court of Federal Claims

No. 08-262C
Filed: June 3, 2008

| | |
|---|---|
| BEN POURBABAI, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING DEADLINE

Based upon a review of defendant's June 2, 2008, status report, the court hereby ORDERS:

On or before June 13, 2008, plaintiff's counsel, Mr. Frederick A. Douglas, shall either (i) contact defendant's counsel to agree upon possible dates for a preliminary status conference, or (ii) if he intends to withdraw as plaintiff's attorney of record, file a motion for leave to withdrawal pursuant to RCFC 83.1(c)(6).

s/John P. Wiese
John P. Wiese
Judge