**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BEN POURBABAI,**<br>**9896 Sunnybrook Drive**<br>**Great Falls, VA 22066** | ) | |
| **v.** | ) | No. 08-262 C<br>Judge Wiese |
| **THE UNITED STATES** | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Counsel for Plaintiff, Mr. Ben Pourbabai, respectfully requests that the Court grant the instant motion and permit Frederick A. Douglas, Esquire to withdraw as counsel for Plaintiff in Plaintiff's breach of contract claim against the United States of America, pursuant to Rule 83.1 (c)(6) of the United States Court of Federal Claims. Plaintiff's breach of contract claim was transferred from the United States District Court for the District of Columbia pursuant to an order issued by the Honorable Paul L. Friedman and was filed with this Court on May 8, 2008. Plaintiff has asked that we advise the Court that he wishes to stay all matters pending before this body until resolution of his claims before the United States District Court for the District of Columbia.

Date: May 30, 2008

Respectfully Submitted by,

Frederick A. Douglas, Bar No. 197897
Douglas & Boykin PLLC
1850 M Street, N.W., Suite 640
Washington, D.C. 20036
(202) 776-0370 (telephone)
(202) 776-0975 (facsimile)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BEN POURBABAI,**<br>**9896 Sunnybrook Drive**<br>**Great Falls, VA 22066** | ) | |
| **v.** | ) | No. 08-262 C<br>Judge Wiese |
| **THE UNITED STATES** | ) | |

**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW**

This matter is before the Court on a motion to withdraw filed by counsel for Plaintiff.

Accordingly, it is this _____ day of _________________, 2008,

ORDERED that the motion to withdraw is granted; and it further

ORDERED that the Clerk of the Court shall remove Frederick A. Douglas, Esquire from the docket as attorney of record for Plaintiff, Mr. Ben Pourbabai.

_________________________
JUDGE WIESE

Copies to:

Frederick A. Douglas, Esquire
Douglas & Boykin PLLC
1850 M Street, N.W., Suite 640
Washington, D.C. 20036

Ben Pourbabai
9896 Sunnybrook Drive
Great Falls, VA 22066

David Samuel Silverbrand, Esquire
U. S. Department of Justice
1100 L Street, NW
8th Floor, Classification Unit
Washington, DC 20530

**CERTIFICATE OF SERVICE**

I certify that on the 5th of June 2008 a true copy of the motion to withdrawal as counsel filed by Plaintiff's counsel was served on counsel for the United States, as well as, on Plaintiff Ben Pourbabai via first class U.S. mail postage pre-paid at the addresses listed below.

David Samuel Silverbrand, Esquire
U. S. Department of Justice
1100 L Street, NW
8th Floor, Classification Unit
Washington, DC 20530

Ben Pourbabai
9896 Sunnybrook Drive
Great Falls, VA 22066

Monica O'Connell
Monica O'Connell