# In the United States Court of Federal Claims

No. 08-262C
Filed: June 26, 2008

| | |
|---|---|
| BEN POURBABAI, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION TO WITHDRAW

and

ESTABLISHING DEADLINE

Counsel's June 5, 2008, motion to withdraw as attorney of record for plaintiff is GRANTED.

On or before July 24, 2008, plaintiff shall file a status report advising the court as to his intentions with respect to further proceedings in this action, including whether he intends to retain new counsel to represent him before this court.

s/John P. Wiese
John P. Wiese
Judge